Nov. Term,
1861.

KNOX
v.
FESLER.

---

KNOX *v.* FESLER,

Thursday,
December 5.

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—This is a case of contested election. It is not a civil case. *The Lake Erie, &c. Co.* v. *Heath*, 9 Ind. 558. But costs follow the judgment, by the general statute, only in civil cases. 2 R. S. § 396, p. 126.

A contest of an election is a special proceeding, and

must be controlled by the statutory provisions authorizing <span>Nov. Term,</span> and regulating it, as to the costs therein. <span>1861.</span>

The judgment is affirmed, with costs.

*W. V. Burns*, for the appellant.

*W. R. Harrison*, for the appellee.